**Dated: May 10, 2014**
**The following is SO ORDERED:**



_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                                                 Chapter 13
JAMES SYLVESTER MILAN JR & SHERIKA DANISE MILAN

Debtor(s)                                                                                   Case No.  12-12333
SSN XXX-XX-2727              SSN XXX-XX-3931
_____

ORDER PROVIDING PERCENTAGE TO UNSECURED CREDITORS
_____

In this cause it appearing to the Court that the debtor(s)' plan was confirmed with the provision that the percentage to be received by the unsecured creditors was to be determined by the Trustee upon the expiration of the bar date for filing of claims, and it also appearing to the Court that said date has passed,

THEREFORE, that the percentage to be received by the unsecured creditors in the debtor(s)' Chapter 13 Plan shall be 100.00%.

**/s/Timothy H. Ivy**
**Timothy H. Ivy  (18053)**
**Chapter 13 Trustee**

**CC:** **Chapter 13 Trustees**
BM

**JAMES SYLVESTER MILAN JR & SHERIKA DANISE MILAN**
**1287 TIREE DRIVE**
**MURFREESBORO, TN 37130**

**T VERNER SMITH**
**112 N LIBERTY**
**PO BOX 1743**
**JACKSON, TN 38302-1743**